# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RANDOLPH BAKER, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-28 |
| | * | |
| v. | * | |
| | * | |
| MR. EDGE, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Randolph Baker ("Baker") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Baker's Petition for failure to follow this Court's directive, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Baker *in*

*forma pauperis* status on appeal.

**SO ORDERED**, this 23 day of July, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)